UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PIMENTEL, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-01354-DAD-MJS (PC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW ECF No. 55**<br><br>**(ECF No. 59)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The case proceeds against Defendant Escamilla on Plaintiff's claim for violation of his First and Fourteenth Amendment rights during a cell search on January 14, 2013. (ECF Nos. 9-10, 33 & 26.)

On November 18, 2015, Plaintiff filed a motion for protective order to secure religious property. (ECF No. 55.) On December 11, 2015, Plaintiff filed a motion to withdraw said motion, based on his having reached an agreement with defense counsel and/or because the motion is now moot. (ECF No. 59.)

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to withdraw the motion for protective order (ECF No. 59) is GRANTED; and

2. The motion for protective order (ECF No. 55) is WITHDRAWN.

IT IS SO ORDERED.

Dated:   January 8, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE