UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. ESCAMILLA, *et al*.,<br><br>    Defendants. | Case No. 1:13-cv-01354-DAD-JDP<br><br>ORDER GRANTING LEAVE TO AMEND |

Plaintiff Darrell Harris is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. The U.S. Court of Appeals for the Ninth Circuit has held that the court erred in granting summary judgment for defendant Escamilla on plaintiff's First Amendment Free Exercise and Fourteenth Amendment Equal Protection claims. (Doc. No. 167 at 2-4.) Additionally, the Ninth Circuit affirmed the court's dismissal of plaintiff's California Bane Act claim against defendant Escamilla but remanded to give plaintiff the opportunity to amend and to allege compliance with the Government Claims Act. (*Id*. at 5-6.)

Accordingly,

1. the court grants plaintiff leave to amend his Bane Act claim against defendant Escamilla to allege compliance with the Government Claims Act; and
2. plaintiff may file a second amended complaint by July 13, 2018.[1]

---

[1] Plaintiff is advised that an amended complaint supersedes the original complaint, *see Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc), and must be complete in itself without reference to the prior or superseded pleading, Local Rule 220. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each

1

IT IS SO ORDERED.

Dated: June 19, 2018                    /s/ *Jeremy D. Peterson*
                                        UNITED STATES MAGISTRATE JUDGE

---

defendant must be sufficiently alleged.  The amended complaint should be signed; should be titled "Second Amended Complaint" in clear, bold type; and should refer to the appropriate case number.