UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>S. ESCAMILLA,<br><br>        Defendant. | Case No. 1:13-cv-01354-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATION CONCERNING DEFENDANT'S ANSWER<br><br>ECF No. 212<br><br>ORDER VACATING THE COURT'S SCHEDULING ORDER<br><br>ECF No. 213<br><br>ORDER SETTING A TELEPHONIC HEARING TO DISCUSS CASE STATUS AND REMAINING SCHEDULING ISSUES |

    The parties having stipulated to extend the time in which defendant may answer the second amended complaint in this case. ECF No. 212. I grant this extension. Defendant shall have until close of business on October 10, 2019 to file his answer. The additional 120-day discovery period shall commence on the date defendant's answer is filed.

    The court's previous scheduling order, ECF No. 213, is vacated.

    The court will hold a short telephonic status conference on Monday, October 7, 2019, at 2:00 p.m. (dial-in number: 1-888-204-5984; passcode: 4446176) to discuss the status of the case,

any remaining scheduling matters, and whether the parties would be open to a settlement conference.

The clerk is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement. Should plaintiff (in addition to plaintiff's counsel) wish to join the conference, he must arrange attendance with the staff at his institution of confinement.

IT IS SO ORDERED.

Dated:   September 30, 2019                               _____
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.