UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS,<br><br>             Plaintiff,<br><br>             v.<br><br>S. ESCAMILLA,<br><br>             Defendant. | Case No. 1:13-cv-01354-DAD-JDP<br><br>SCHEDULING ORDER<br><br>Answer Deadline: **October 10, 2019**<br><br>Discovery Deadline: **February 7, 2020**<br><br>Dispositive Motion Deadline: **April 21, 2020** |

    On October 7, 2019, I conferred with the parties to discuss scheduling in this case. With their input, the deadlines are as follows. The deadline to file an answer to the amended complaint is October 10, 2019. The deadline for the completion of all discovery, including filing all motions to compel discovery, is February 7, 2020. The deadline for all dispositive motions is April 21, 2020. The discovery procedures outlined in the court's last scheduling order, ECF No. 213, remain the same.

IT IS SO ORDERED.

Dated:   October 10, 2019                  /s/ Jeremy Peterson
                                                           UNITED STATES MAGISTRATE JUDGE