UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL HARRIS,

          Plaintiff,

          v.

S. ESCAMILLA,

          Defendant.

Case No. 1:13-cv-01354-DAD-JDP

ORDER DENYING DEFENDANTS'
MOTION TO COMPEL WITHOUT
PREJUDICE

ECF No. 218

       Plaintiff Darrell Harris is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 19, 2019, defendants filed a motion to compel. ECF No. 218. This motion does not appear to have been filed in accordance with my courtroom procedures. (See the attached document, also available at caed.uscourts.gov.) I therefore deny the motion without prejudice.

       I may reconsider such a motion at a later date, if the issue remains relevant after the attached procedures have been followed, including a meeting between the parties and "a good faith effort to resolve the dispute without court action."

IT IS SO ORDERED.

Dated:   __November 21, 2019__

UNITED STATES MAGISTRATE JUDGE

1

No. 205.