UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS,<br><br>              Plaintiff,<br><br>       v.<br><br>S. ESCAMILLA,<br><br>              Defendant. | Case No. 1:13-cv-01354-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' REQUEST TO EXTEND DISCOVERY<br><br>ECF No. 221 |

The parties' request to extend discovery, ECF No. 221, is granted. The date for close of discovery in this case is changed from February 7, 2020, to February 21, 2020. No. 205.

IT IS SO ORDERED.

Dated:   January 7, 2020             /s/ Jeremy Peterson
                                                  UNITED STATES MAGISTRATE JUDGE