# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


DARRELL HARRIS,                          Case No. 1:13-cv-01354-DAD-JDP

        Plaintiff,

    v.

S. ESCAMILLA,
                                         **ORDER & WRIT OF HABEAS CORPUS**
        Defendant.               **AD TESTIFICANDUM**
_____/

Darrell Harris, CDCR # AB7852, a necessary and material witness in a settlement conference in this case on January 14, 2020, is confined in the California Institution for Men, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear telephonically before Magistrate Judge Erica P. Grosjean at the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, on Tuesday, January 14, 2020 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephone in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Institution for Men, 14901 Central Avenue, Chino, CA 91710:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated: ___January 8, 2020___                    _____
                                                UNITED STATES MAGISTRATE JUDGE