# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS, | Case No. 1:13-cv-01354-DAD-JDP |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE |
| v. | |
| S. ESCAMILLA, | ECF No. 229 |
| Defendant. | |

On March 16, 2020, the parties filed a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 229. The stipulation is signed by all parties who have appeared. The court therefore directs the clerk's office to close this case.

IT IS SO ORDERED.

Dated: March 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.